UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY M. WATSON,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>   Defendant. | Case No. SACV 17-1367 JC<br><br>JUDGMENT |

 IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded for further administrative action consistent with the Memorandum Opinion and Order of Remand filed concurrently herewith.

DATED: April 27, 2018

_____/s/_____<br>
Honorable Jacqueline Chooljian<br>
UNITED STATES MAGISTRATE JUDGE